# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                    NO. 4:99CR00016 SWW

RODNEY MCDUFFIE

### ORDER

Pending before the Court is defendant's pro se motion to be released from the remainder of the term of supervised release.  The government has responded that it has no objection to defendant's motion, and the United States Probation Office has advised the Court that defendant has complied with the conditions of supervised release and is eligible for early release therefore has no objection to defendant's motion for early release from supervision.  Therefore, the Court finds that defendant's motion [doc #68] should be **granted**.

IT IS THEREFORE ORDERED that defendant's remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 22nd day of September 2009.

/s/Susan Webber Wright
United States District Judge